# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN L. JOHNSON,

     Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER,

     Defendant.

Case No. 2:11-cv-00800-JCM-LRL

**ORDER**

     Plaintiff has submitted an Application to Proceed *in Forma Pauperis* (ECF No. 1) and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983.  The Court finds that Plaintiff is able to make an initial installment payment.  However, pursuant to 28 U.S.C. § 1915, Plaintiff will be required to make monthly payments toward the full filing fee of three hundred fifty dollars ($350.00) when he has funds available.

     **IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* fee is **GRANTED**; plaintiff will be required to prepay an initial installment of $25.00, instead of having to prepay the full $350 filing fee for this action.  The entire $350 filing fee will, however, remain due from plaintiff, and the institution where plaintiff is incarcerated will collect money toward the payment of the full filing fee when petitioner's institutional account has a sufficient balance, pursuant to 28 U.S.C. §1915.

1    **IT IS FURTHER ORDERED** Plaintiff Stephen L. Johnson, Jr., **I.D. No. 1950331**,

2    will be permitted to maintain this action to conclusion without prepayment of the full filing fee.

3    However, plaintiff must pay an initial installment of the filing fee in the amount of **$25.00**  Plaintiff

4    will not be required to pay fees or costs, other than the filing fee, or give security therefor.  This

5    Order granting *in forma pauperis* status shall not extend to the issuance and service of subpoenas at

6    government expense.

7    **IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915, as amended by

8    the Prison Litigation Reform Act of 1995, the Clark County Detention Center shall pay to the Clerk

9    of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the

10   prisoner's account  (in months that the account exceeds $10.00) until the full three hundred fifty

11   dollar ($350.00) filing fee has been paid for this action.  If Plaintiff should be transferred and

12   become under the care of the Nevada Department of Prisons, the Clark County Detention Center

13   Accounting Supervisor is directed to send a copy of this order to the attention of the Chief of Inmate

14   Services for the Nevada Department of Prisons, P.O. Box 7011, Carson City, NV 89702, indicating

15   the amount that Plaintiff has paid toward his filing fee, so that funds may continue to be deducted

16   from Plaintiff's account.  The Clerk shall send a copy of this order to the Clark County Detention

17   Center Accounting Supervisor, 330 South Casino Center, Las Vegas, NV 89101.

18   **IT IS FURTHER ORDERED** that, even if this action is dismissed, or is otherwise

19   unsuccessful, the full filing fee shall still be due, pursuant to 28 U.S.C. §1915, as amended by the

20   Prisoner Litigation Reform Act of 1996.

21   **IT IS FURTHER ORDERED** that plaintiff shall have **thirty (30) days** from the

22   date of entry of this order to have the initial installment of the filing fee, in the amount stated above,

23   sent to the Clerk in the manner described below.  Failure to do so may result in the dismissal of this

24   action.

25   **IT IS FURTHER ORDERED** that the Clerk shall **SEND** plaintiff two copies of this

26

27

28

1  Order.  Plaintiff must make the necessary arrangements to have one copy of this Order, attached to a

2  check in the amount of the initial installment of the filing fee, sent to the Court.

3

4          DATED this 24th day of   May, 2011.

5

6

7  _____

8          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28