# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN L. JOHNSON,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER,

    Defendant.

Case No. 2:11-cv-00800-JCM-LRL

**ORDER**

This is an action brought pursuant to 42 U.S.C. § 1983. Plaintiff was granted leave to proceed *in forma pauperis* (ECF No. 2) but was required to pay an initial installment of $25.00 within thirty days. (ECF No. 2.) The deadline for making the payment has expired and plaintiff has not contacted the Court to obtain additional time.

Local Rules of Special Proceedings, Rule 1-3(c) provides that "[f]ailure of the applicant to pay the fee before the expiration of the time granted shall be cause for dismissal of the case." Because plaintiff has failed to comply with the court's order, the matter shall be dismissed. LSR 1-3.

**IT IS THEREFORE ORDERED** that the clerk shall filed the complaint which is **DISMISSED**. The clerk shall enter judgment accordingly.

DATED this 22nd day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE